■ In the Matter of GREGORY ZABIZHIN, Appellant, v NYUMA ZABIZHIN, Respondent. [10 NYS3d 463]—Appeal from an order of disposition of the Family Court, Kings County (Michael L. Katz, J.), dated August 15, 2013. The order, after a hearing,

denied the petition alleging that Nyuma Zabizhin violated an order of protection of that court dated May 3, 2010, and dismissed the proceeding.

Ordered that the order of disposition is affirmed, without costs or disbursements.

In his petition, the appellant alleged that the respondent violated the terms of an order of protection issued by the Family Court on May 3, 2010. The record supports the determination of the Family Court that the appellant failed to establish, by a preponderance of the evidence, that the respondent willfully violated the terms of the subject order of protection (*see* Family Ct Act § 846-a; *Matter of Tulshi v Tulshi*, 118 AD3d 716 [2014]; *Matter of Prezioso v Prezioso*, 115 AD3d 958 [2014]; *Matter of Barnes v Barnes*, 54 AD3d 755 [2008]; *Matter of Belgrave v Mingo*, 28 AD3d 479 [2006]). Accordingly, we find no basis to disturb the Family Court's determination denying the petition and dismissing the proceeding. Rivera, J.P., Dickerson, Miller and Duffy, JJ., concur.